# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RITA DOTY, <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA DEBT RECOVERY LLC, <br><br> Defendant. | Case No. 2:20-cv-00572-BJR <br><br> ORDER OF DISMISSAL |

Pursuant to the parties' May 12, 2021 Stipulation of Dismissal, it is hereby ORDERED that all claims asserted against Defendant in this action are dismissed with prejudice and that all parties shall bear their own attorneys' fees and costs incurred in this action.

Dated this 12th day of May, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge